**Order issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-13-00227-CV

———————————

**JEREMY DION WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 1862655**

---

**NOTICE OF ALLEGATIONS OF CONTEMPT AND**

**ORDER SETTING SHOW CAUSE HEARING**

Notice is hereby given to Respondent, Sondra Humphrey, that certain conduct by you, more fully set forth below, is considered by this Court to be prima facie evidence of contempt of court.

The reporter's record in the above referenced cause was originally due on April 22, 2013. We then granted three extensions of time for filing the reporter's record to the court reporter, Sondra Humphrey, extending the time to August 21, 2013. On October 16, 2013, we ordered Sondra Humphrey to file the reporter's record no later than November 15, 2013. On February 6, 2014, we ordered Sondra Humphrey to file the reporter's record with the Clerk of this Court on or before February 28, 2014 at 5:00 p.m., and notified her that, if she did not file the reporter's record as ordered, we might require her to appear and show cause why the record was not filed. Finally, on March 12, 2014, we ordered Sondra Humphrey to deliver the reporter's record to the Clerk of this Court no later than 5:00 p.m. on March 24, 2014. We further ordered Sondra Humphrey, if she failed to deliver the reporter's record to the Court by the deadline, to appear before the First Court of Appeals at 1:30 p.m. on Wednesday, March 26, 2014, to show cause why she should not be held in contempt of court. Nevertheless, Sondra Humphrey failed to file the reporter's record by March 24, 2014, and further failed to appear before this Court on March 26, 2014 or otherwise inform this Court as to why she was not present.

The failure of the Respondent to file the reporter's record has prevented this Court from ensuring that the appellate record in this cause was timely filed as required by Texas Rule of Appellate Procedure 35.3(c). Further, the failure of the Respondent to appear caused this Court to vacate the hearing setting.

The conduct of the Respondent, as described hereinabove, is contumacious for the reason that it constitutes a direct violation of a lawful order of this Court, to wit: to file the reporter's record by a reasonable deadline, thereby interfering with the effective administration of the Court.

The conduct of the Respondent, as described hereinabove, is contumacious for the reason that it constitutes a direct violation of a lawful order of this Court, to wit: to appear at a specific time and place for a hearing before the Court, thereby interfering with the effective administration of the Court.

The conduct of the Respondent, as described hereinabove, is contumacious for the reason that it significantly disrupts the orderly proceedings of the Court and the proper and effective administration of justice by preventing the timely resolution of this appeal.

The conduct of the Respondent, as described hereinabove, is contumacious for the reason that it significantly disrupts the orderly proceedings of the Court and the proper and effective administration of justice by causing unnecessary delay and waste of judicial resources.

The range of punishment for contempt is a fine of not more than $500.00, or confinement in the county jail for a period of not more than six months, or by both a fine and a period of confinement.

**WE THEREFORE ORDER SONDRA HUMPHREY TO APPEAR IN THE COURTROOM OF THE FIRST COURT OF APPEALS AT 301 FANNIN, HOUSTON, TEXAS 77002 AT 1:30 P.M. ON WEDNESDAY, APRIL 16, 2014, TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT AND TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT OF COURT.**

**WE ADVISE SONDRA HUMPHREY THAT BECAUSE YOU ARE SUBJECT TO CRIMINAL PENALTIES, THAT IS INCARCERATION AND/OR A FINE UP TO $500, YOU HAVE A RIGHT TO COUNSEL DURING THESE PROCEEDINGS. IF YOU DESIRE TO HAVE COUNSEL, COUNSEL SHOULD BE PRESENT WITH YOU ON WEDNESDAY, APRIL 16, 2014, READY TO PROCEED WITH THE HEARING. IF YOU DO NOT HAVE COUNSEL WITH YOU, YOU SHOULD BE PREPARED TO WAIVE YOUR RIGHT TO COUNSEL.**

It is further ORDERED that the Clerk of this Court shall issue NOTICE TO APPEAR AND SHOW CAUSE, commanding Sondra Humphrey to appear before this Court at 1:30 p.m. on Wednesday, April 16, 2014. A copy of this ORDER shall accompany the Notice.

The Court ORDERS that the NOTICE TO APPEAR AND SHOW CAUSE be personally served on Sondra Humphrey.

It is so ORDERED this 10th day of April 2014.


Jim Sharp
Justice

4